UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

- v. -

BANQUE PICTET & CIE SA,

Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF INTENT TO FILE AN INFORMATION**

23 Cr. _____

CRIM 631

Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   New York, New York
         November 15, 2023

DAMIAN WILLIAMS
United States Attorney

By: *Daniel Nessim*
OLGA I. ZVEROVICH
DANIEL G. NESSIM
Assistant United States Attorneys
(212) 637-2514 /2486
NANETTE L. DAVIS
Special Assistant United States Attorney

AGREED AND CONSENTED TO:

By: [signature]
DAVID A. O'NEIL, Esq.
SEAN HECKER, Esq.
AYMERIC DUMOULIN, Esq.
Attorneys for Defendants