UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

UNITED STATES OF AMERICA

- v. -

BANQUE PICTET & CIE SA.

Defendant.

------------------------------------ x

23 CRIM 631

WAIVER OF INDICTMENT

23 Cr.

The above-named defendant, which is accused of violating Title 18, United States Code, Section 371, being advised of the nature of the charge and of its rights, hereby waives, in open Court, prosecution by indictment and consent that the proceeding may be by information instead of by indictment.

Marc Pictet
Group Managing Partner
Executive Committee Member
Banque Pictet et Cie SA
Date: 11/22/2023

Jean-Philippe Nerfin
Group General Counsel
Executive Committee Member
Banque Pictet & Cie SA
Date: 11/22/2023

Witness: Noémi Tuffet
Date: 11/22/2023

Witness: Julien Burda
Date: 11/22/2023

DAVID A. O'NEIL, Esq.
AYMERIC DUMOULIN, Esq.
Debevoise & Plimpton LLP

SEAN HECKER, Esq.
Kaplan Hecker & Fink LLP

Attorneys for Banque Pictet & Cie SA